## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 47  

**IP Address:** 71.190.74.78  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FCF19D8F41EBEDDA67161F1514E9B568114AB032<br>File Hash:<br>B17BC28D291B72F5544DE40703EAFF216CF674D13FEC833C288AA3EF71D1190C | 11-11-2023 07:27:42 | Slayed | 06-20-2023 | 07-14-2023 | PA0002427505 |
| 2 | Info Hash: 51965B987671035E3EADAE4583E5D3137D31E28D<br>File Hash:<br>AD19AD48423B4F3FD5EA979ACBE2D656B08E0B1735462B86470F207E6DFD4BA6 | 11-07-2023 04:25:00 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 3 | Info Hash: 3B0E661C2D57F92026DC58CB081FEB1B36EFA2C1<br>File Hash:<br>B6789C48715E5485D99EC99FC351823AFB0BE77C246D51C62071263CB7085564 | 11-07-2023 03:17:04 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 4 | Info Hash: 72C3A3B725CC3AC9A32B0CC05116A4BFBCC0E5C7<br>File Hash:<br>2C304C1AD95B08AC24B1E07A7A7ED2CF787319F660A1082155470079842E0F48 | 11-07-2023 00:57:17 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |
| 5 | Info Hash: 15C215A6A8A2B305689F017CEFFDD75D33C49D7F<br>File Hash:<br>DABA73B522CCD8E0B5FF4DB2CAE7D9DCBCC03003176E204FAC436E1BAA03CA04 | 11-07-2023 00:55:26 | Tushy | 11-05-2023 | 11-13-2023 | PA0002439640 |
| 6 | Info Hash: AEE3DBB2C81BFBF6C45ADD0C54F775AC4739A3EB<br>File Hash:<br>AA30CA5FD644FE94A4015333D4CC049E8DB94123B130CC8A81F6764D8ACAC1CD | 10-31-2023 06:57:57 | Slayed | 06-13-2023 | 07-14-2023 | PA0002427510 |
| 7 | Info Hash: 2F1FA8C51EB8299A40BAA642012C2A0526367978<br>File Hash:<br>212FB224064C8BA8715D7058A31D66B5BD27C6FDB219D50F637325EE917CC9FF | 10-27-2023 04:23:33 | Slayed | 02-28-2023 | 04-13-2023 | PA0002406901 |
| 8 | Info Hash: 6E15216DA73217D72ADB6E3D629385E1ADAF570D<br>File Hash:<br>FD1B1D5C02BF45EB89F205EE6C1F8C10A7454BD6F513B08D2F2383FFEE3952B0 | 10-26-2023 17:51:03 | Slayed | 01-03-2023 | 02-21-2023 | PA0002400998 |
| 9 | Info Hash: 443681B5D8342B7735D10346531895088E99A4C0<br>File Hash:<br>E96BD047927C5BF7C179F0D2B4FBE6A24483495CBB068032BFA75D56D35511DE | 10-26-2023 17:14:30 | Slayed | 12-13-2022 | 01-05-2023 | PA0002393959 |
| 10 | Info Hash: 075834291230A07C584F091E7DDDDFE1502907A1<br>File Hash:<br>ED1178831B77D10F09F6F15F87926FB11E90886F6969F354CF85E3553B8355C1 | 10-26-2023 09:14:30 | Slayed | 01-31-2023 | 04-13-2023 | PA0002407764 |
| 11 | Info Hash: 89DA3EE408CBED10FD794EFE51844BA28767AA92<br>File Hash:<br>4CFB5525F4F9E88588F6DF55038AA92FCCD60515161E0E92FC8282BE8AAE9698 | 10-26-2023 09:14:02 | Slayed | 04-18-2023 | 06-09-2023 | PA0002415740 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 16216A0721869F7393B66987D0EEFAC6213B02FC<br>File Hash: A25A0333FE2409A40F19EFD7B64001AA13139F8A58FE136B359AB42B119CBC63 | 10-26-2023 07:48:17 | Slayed | 12-27-2022 | 01-06-2023 | PA0002393661 |
| 13 | Info Hash: 24D551AFE3553A40D3423C17139E905DD0CD6A63<br>File Hash: D01ACF1FAF9ABBD2FEC76889290E42C285509EE7479CB42C7ED850138EADCE5C | 10-26-2023 07:28:25 | Slayed | 03-28-2023 | 06-09-2023 | PA0002415741 |
| 14 | Info Hash: 78F2DA852D1D7FC746EA81D9F750E0F64E140725<br>File Hash: A460232F345B7BFAF72AF305A6B4383223E517C1BCA634859EB1DD562E2E14B1 | 10-26-2023 07:14:12 | Slayed | 07-18-2023 | 08-22-2023 | PA0002431035 |
| 15 | Info Hash: A3B6A3B56D4DE266D5354643B83FB366408E8534<br>File Hash: C52E1C4D8721884513A5D947CE6AD4118BEB183293ADB3B259756E9E8FB1F8D7 | 10-26-2023 05:44:13 | Slayed | 02-21-2023 | 04-13-2023 | PA0002407770 |
| 16 | Info Hash: B95D3C016FE866FC52F31984E50F981C1DBD0BAD<br>File Hash: E767885CAA040CDBA819D298BFC50B096574E6747B674965FAB355D237249EB5 | 10-26-2023 04:14:14 | Slayed | 03-21-2023 | 04-13-2023 | PA0002407767 |
| 17 | Info Hash: 4DA282BFDF87F052AC1CF37A741C0CBB71C02ABC<br>File Hash: 79F7550AD518EF44803C68045A7E186F8EFF010AB32992D0348E9D6E03465533 | 10-26-2023 04:12:11 | Slayed | 03-14-2023 | 04-13-2023 | PA0002407768 |
| 18 | Info Hash: 320E6FEE0A241B0818F36904006372C2A597769B<br>File Hash: 0B1EC11883B82BF6A8E6FBD5A2D9ED10A7B52FFFA1204FC674F52D0BC5DC7222 | 10-26-2023 03:57:14 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 19 | Info Hash: AAC8D6E18C99B90E6822380DDC7CB962D98B4A52<br>File Hash: 90E1DAD2E3B303A69C0E6823D405E58C43A815615410C39B632EAA1390D6D0D4 | 10-26-2023 03:42:04 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 20 | Info Hash: 73DE11F42C11490EE984E5E108FFD62EB87DC585<br>File Hash: 0476D9D05D049976B73B0F941DF2524670517FA85723CE808A6F129FF6483DE0 | 10-26-2023 03:41:56 | Slayed | 04-04-2023 | 06-09-2023 | PA0002415743 |
| 21 | Info Hash: 8BC26686D57410BA63DC1A9724996C61274970C8<br>File Hash: 2FE5E5A6CEB773E33C964E63E9AF0F266DDBD3E9E19379D7EB069FFA772A6C19 | 10-26-2023 03:41:56 | Slayed | 12-20-2022 | 01-05-2023 | PA0002394011 |
| 22 | Info Hash: DF41214C51531C04DA0EC7807F337E098C6DB146<br>File Hash: 9CAD408CC46D97EE49CAD8B1AD01D1DC50C39DC78F8B6D07FFA568D226D11655 | 10-26-2023 03:41:51 | Slayed | 08-01-2023 | 08-22-2023 | PA0002431033 |
| 23 | Info Hash: 6B3AD40C87E6BA1096B9D89D023BB8B545BFCB49<br>File Hash: 3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 10-26-2023 03:34:00 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2A95C70F4FDAFC9E8D7A1E0262F9B8B23D1076F2<br>File Hash: BBBCB55BE9FC219E43A9FDE91377881DF230920F39B8C01808E23436023920F2 | 10-26-2023 03:32:43 | Slayed | 06-27-2023 | 07-14-2023 | PA0002427522 |
| 25 | Info Hash: DA1BFC12057AEC8AD6BD1B31EB9DD24214742075<br>File Hash: B9A4A1091BAD1E0449CBC30237DDABDEAD41C61589FC0DA69855CB5FCDB1FB76 | 10-26-2023 03:31:09 | Slayed | 06-06-2023 | 07-14-2023 | PA0002427489 |
| 26 | Info Hash: 15088963C7A65B0731C8A1D3478E2DA3B0824D14<br>File Hash: 49A0D57F5EAEA61EDE963B035C4D0378840392E668253C24D1D01FA2A9C8F226 | 10-26-2023 03:29:22 | Slayed | 12-06-2022 | 01-05-2023 | PA0002393656 |
| 27 | Info Hash: B3D6DC4BF0E286342F04FE37324EFA8F59D5B7F6<br>File Hash: 4A721DF3E117E314A4E986AA4E76B47DE90FBA44CC651E24C493150B6DD3ED84 | 10-26-2023 03:29:05 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |
| 28 | Info Hash: BEA6A6EEDBFAE639B57528068B63DC3620AD7D05<br>File Hash: 9D21FE3A456ABB96F29CB6883552564AD2181D6FC19F01C9BA6D7DC0E6D4B69D | 10-26-2023 03:26:20 | Slayed | 04-11-2023 | 06-09-2023 | PA0002415744 |
| 29 | Info Hash: 496279D5C0FD5B66FCE532D68B74D7A08B2AAAE2<br>File Hash: 23C73449AD488B0D7688DD80496DAECF52AB923978C718CBAAF3E0F52629F3D3 | 10-20-2023 02:27:58 | Vixen | 10-13-2023 | 11-14-2023 | PA0002439697 |
| 30 | Info Hash: 8B543E0384B3E6337060793714FF689E898A8B60<br>File Hash: 4938BD4EFC82A5F21BD02FB679BB4D4E4A3C279C96AA7D4B76BA7665AC03AD1E | 10-12-2023 03:21:37 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 31 | Info Hash: FE9C2A859F4B45E23B3E9B9510C81E03F9F443B7<br>File Hash: E972CB64DDC2A3976CE89103677C3C391637FDC4AB536A4C9DCA3A75EA4394C3 | 09-15-2023 23:33:02 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 32 | Info Hash: D7E06D9569BF6085B1F475CF67B6A789CA14DC97<br>File Hash: 080558F6083AB0F3B250BAD277ED37A1744657AD7180E303656578939CAD7910 | 08-20-2023 08:59:51 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 33 | Info Hash: B0487BB600A7A789F5C4D0AF7A347AD49FB45F4B<br>File Hash: 0F36F427EA12659B5119E2281986F3119E67FE4986B3761FA6C1363A0501F499 | 08-20-2023 05:35:27 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 34 | Info Hash: EA42E1D5885851A9EE4FA5060EDB97A2519465AB<br>File Hash: A04EAFED6BA0D6B11BC57AA20E06EFCCE7FB33272352356422C1AF337C56343D | 07-13-2023 03:30:25 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 35 | Info Hash: 23B77B0CF63867ADB90CBDEE1935DB5E0840B528<br>File Hash: E41BFBB6CD344A7E1F71F97CBD1A92232814DD011070B758AC519FEBE8CC8303 | 07-03-2023 00:50:37 | TushyRaw | 06-28-2023 | 08-22-2023 | PA0002431059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 566225D6E9FC2F8009A226AA9018CE67984022DD<br>File Hash: C6670E22C246DA3924483CDEAC0C3FFBEF98D4B2EE9154E88DF832F222FCA719 | 06-19-2023 02:00:07 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 37 | Info Hash: DA3174A0BF7AA394CD356B51DFB8205EDC6FF33D<br>File Hash: 652B00B92CED3C924377EC2B40D6EFE3951787059FCE3F69167083B8E06109F4 | 05-24-2023 08:13:54 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |
| 38 | Info Hash: B20B838967A81D63C95D7CECED4CD0D3DFD527A3<br>File Hash: 1306CECBDAAB9FE7518AF0DC5FEC1F429F7CAC740786D33BC71B6CBA258AA6C6 | 05-23-2023 13:25:08 | Tushy | 08-09-2018 | 09-05-2018 | PA0002135685 |
| 39 | Info Hash: 490C55643A09A91E75BCC1CCB631758AB7F502F0<br>File Hash: D3D985BBD3586404DCD36C805BBE28E693681DBF2129F717EE696BE634B28622 | 05-23-2023 10:56:46 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 40 | Info Hash: E1A6558896949F135B4034D3E45F3CC68563CC24<br>File Hash: AE00E9B3F80E440152CF9389BA5F71DA81BF961983FC6C2E841FC061C2FF91A7 | 05-23-2023 05:31:39 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 41 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 05-23-2023 04:24:51 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 42 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 05-23-2023 04:22:30 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 43 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 05-23-2023 04:17:53 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 44 | Info Hash: 4E7F2F93BD5EB1A8C5B4A71DC0B81F6526EBEB00<br>File Hash: B73493E0F474B230E54BB090FD634979C85DF6F5029F0361FEF5108F3D75A8AC | 05-23-2023 03:54:52 | Tushy | 07-05-2017 | 07-06-2017 | PA0002041555 |
| 45 | Info Hash: A04DA9DB005CCBC773FB24B593A8E617ECFBF5EF<br>File Hash: A3029860B6D2B90471DB513FD9D1AADAE68D6BA38EA2F1BAA666B4621965E58D | 05-23-2023 03:45:57 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 46 | Info Hash: 5031CF1F96C7661508783CCE855955FE11D34630<br>File Hash: FDAB31AA4417986AE9D5DB4BA49E78E34AD6D623A061045592B4DD48D71B6139 | 05-23-2023 03:44:59 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 47 | Info Hash: B3E89CB9C056AA4DFFCB82C1D917ED21CB8ACE16<br>File Hash: 8101C29B6B071DC14E36B9C1E02ABD4A117B7F789C6E7A33D814DE50BE47D6B7 | 04-22-2023 04:17:29 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |